**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LORETTA ESPOSITO,**

    **Plaintiff,**

v.                                                                          Case No.  8:05-cv-1766-T-30TGW

**WYETH, INC., et al.,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before this Court upon Defendant Wyeth's Unopposed Motion for Stay of Proceedings and Supporting Memorandum of Law (Dkt. # 14).  The Court, having considered the motion and memorandum and being otherwise fully advised, finds that the motion should be granted.  It is therefore **ORDERED AND ADJUDGED** that:

    1.    Defendant Wyeth's Motion (Dkt. # 14) is **GRANTED**.

    2.    This action is **STAYED** pending transfer to the Judicial Panel on Multi-District Litigation-MDL 1507.

    3.    The Clerk is directed to administratively close this action and defer all other pending motions until further order of this Court.

    **DONE** and **ORDERED** in Tampa, Florida on November 18, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1766.Wyeth stay MDL.wpd